[No. 20451-7-II.    Division Two.    August 20, 1999.]

WAGNER DEVELOPMENT, INC., *Respondent*, v. PAPE & SONS CONSTRUCTION, INC., ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 92-2-01994-1, James D. Roper, J., entered February 23, 1996. *Reversed* by unpublished opinion per Seinfeld, J., concurred in by Bridgewater, C.J., and Armstrong, J.

[No. 23369-0-II.    Division Two.    August 20, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. SHELLY LYNN CLARK, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 98-1-00135-3, Milton R. Cox, J., entered May 29, 1998. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Armstrong, A.C.J., and Morgan, J.

[No. 23814-4-II.    Division Two.    August 20, 1999.]

WILLIAM NEWTON, *Respondent*, v. JOSEPH C. LEGARSKY, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 94-2-13528-2, Terry D. Sebring, J., entered August 28, 1998. *Reversed* by unpublished opinion per Houghton, J., concurred in by Armstrong, A.C.J., and Morgan, J. Now published at 97 Wn. App. 375.